# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:07cr26 |
| ) | |
| MARJORIE DIEHL ARMSTRONG ) | |

## O R D E R

AND NOW, this 29th day of July, 2008, based upon this Court's determination that the Defendant, Marjorie Diehl Armstrong, is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to assist properly in her defense, as set forth in the accompanying Findings of Fact and Conclusions of Law,

IT IS ORDERED that the Defendant is hereby committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility pursuant to 18 U.S.C. § 4241(d). Unless the Director of the facility in which the Defendant is hospitalized determines sooner that the Defendant has regained her capacity to stand trial, the Director shall, within the 120-day period from today's date, as specified in 18 U.S.C. 4241(d)(1), report to this Court whether there is a substantial probability that in the foreseeable future from that date, she will attain the capacity to permit the trial in the above-captioned case to proceed.

Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge

cm: Thomas W. Patton, AFPD
     Marshall J. Piccinini, AUSA
     U.S. Marshal Service
     U.S. Pretrial & Probation Office