# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 1:07cr26 |
| MARJORIE DIEHL ARMSTRONG | ) | |

## O R D E R

AND NOW, this 31st day of March, 2009, the Court having previously set a competency hearing date for March 11, 2009 and having subsequently granted the Defendant's motion to continue the hearing date due to the fact that neither party's expert was available to appear on March 11, 2009,

IT IS HEREBY ORDERED that the hearing to determine the Defendant's competency shall be held on April 27, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that any delay in the scheduling of this matter, to the extent it is not independently excludable under 18 U.S.C. § 3161(h)(1)(A), shall be excluded under Title 18 U.S.C. § 3161(h)(8)(A), inasmuch as the Court finds that the additional period of time was necessary in order to enable counsel for the Defendant to adequately investigate and prepare for the hearing and to accommodate the parties' good faith scheduling conflicts and, therefore, the ends of justice served by this extension outweigh the best interest of the public and the Defendant in a speedier trial.

        s/    Sean J. McLaughlin

        SEAN J. McLAUGHLIN
        United States District Judge

cm:    All counsel of record.