IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:07-cr-26-SJM-1 |
| ) | |
| MARJORIE DIEHL ARMSTRONG ) | |

**O R D E R**

AND NOW, *to wit*, this 29th day of May, 2009, the Court having held a hearing on April 27, 2009 for the purpose of determining the Defendant's competency,

IT IS HEREBY ORDERED, consistent with the Court's oral direction at the conclusion of said hearing, that the parties shall file their respective proposed findings of fact and conclusions of law within thirty (30) days of the filing of the hearing transcript.[1]

                                                          s/      Sean J. McLaughlin

                                                                SEAN J. McLAUGHLIN
                                                                United States District Judge

cm:    All counsel of record.

---

[1] Pursuant to this Court's plan for prompt disposition of criminal cases, post-hearing submissions are typically submitted within ten (10) days of the day on which the hearing ends. However, the Court has granted a continuance of that deadline because of the delay attributable to the preparation of the hearing transcript and the fact that the parties will require additional time in order to review the transcript and prepare their proposed findings of fact and conclusions of law with appropriate citations to the transcript and hearing exhibits. The Court finds that such delay constitutes excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the granting of this continuance outweigh the best interest of the public and the Defendant in a speedy trial.