**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:07-cr-26-SJM |
| ) | |
| MARJORIE DIEHL ARMSTRONG ) | |

**O R D E R**

AND NOW, *to wit*, this 8th day of September, 2009, the Defendant, having previously been placed in the custody of the Attorney General and hospitalized at the Federal Medical Center in Carswell, Texas for treatment pursuant to 18 U.S.C. § 4241(d),

THE COURT HEREBY FINDS by a preponderance of the evidence based upon the reasons set forth in the accompanying Findings of Fact and Conclusions of Law that the Defendant has recovered to the extent that she is both able to understand the nature and consequences of the proceedings against her and to assist properly in her defense.

                s/    Sean J. McLaughlin

                   Sean J. McLaughlin
                   United States District Judge

cm:   All counsel of record