# IN THE UNITED STATES DISTRICT COURT,
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-26 |
| vs. | |
| MARJORIE DIEHL-ARMSTRONG, | Judge Sean J. McLaughlin |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____. 2010, upon consideration of the within Motion for Court Order Directing Regional Cancer Center and Erie County Prison to Turn Over Medical Records of Defendant, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted.

It is ORDERED that the Regional Cancer Center located at 2500 West 12th Street, Erie, PA 16505-4597 is to provide a copy—including periodic updates when requested in writing by Attorney Sughrue—of Ms. Diehl-Armstrong's (SSN: \*\*\*-\*\*-\*\*\*\*, DOB 02/26/1949) medical records to Counsel of Record, Douglas Sughrue at his office located at 428 Forbes Avenue, Suite 2400, Pittsburgh, PA 15219.

It is further ORDERED that the Erie County Jail located at 1618 Ash Street, Erie, PA 16503-2168 is to provide a copy—including periodic updates when requested in writing by Attorney Sughrue—of Ms. Diehl-Armstrong's medical records to Counsel of Record, Douglas Sughrue at his office located at 428 Forbes Avenue, Suite 2400, Pittsburgh, PA 15219.

BY THE COURT:

_____, J.