UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 07-26 Erie |
| | U.S.D.C. W.D.PA. |
| Against | CA No. 16-1175 |
| | |
| MARJORIE DIEHL-ARMSTRONG | Civil No. 13-136 Erie |
| Defendant | 17-224 (DWA) |
| MARK MARVIN, Petitioner | |

## EXHIBITS

A-1-4: Memorandum Order and Judgment, April 13, 2018

B-1-3: Krantz v. United States

C-1: D'Antuono v. U.S.

D-1-7: Government Negligence in Death of Prison Inmate, (with multiple testaments from former inmates at Carswell.)

E-1-15: ACLU of Texas, Hospital of Horrors (Federal Medical Center Carswell Prison

F-1-2: Abuse at Carswell Prison is for real

G-1: Inside the market for dead humans, where donated bodies from low income families sell for millions.

H-1-2: Preventing Funeral Home Negligence - Three Ways You Can Protect Your Loved Ones.

I-1-2: Funeral home sold off mother's body parts illegally, FBI tells Dallas family.

J-1-2: 7 funeral Homes Directors Plead Guilty to Selling Bod(y Parts)

K-1: NJ funeral director sentenced in case of selling body parts.

L-1-2: Get 'Em Bodied; FBI investigates Colorado Funeral Home That Sells Human Body Parts.